UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEVIN FLOYD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAGDEEP SINGH, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-06879-AGT<br><br>**ORDER EXTENDING TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 32 |

Plaintiff Michael Devin Floyd failed to oppose defendants Jagdeep Singh and Cameron Sawyer's (collectively, Defendants) motion to dismiss. *See* dkt. 31 (asking the Court to grant the motion as unopposed). One day after the reply deadline, Floyd filed an administrative motion seeking more time. *See* dkt. 32. He is proceeding pro se and was incarcerated during the briefing schedule. *See id.* Defendants' opposition or response to Floyd's motion was due September 17, 2025; none was filed. Yesterday, without hearing from the Court on his request, Floyd filed his opposition. Dkt. 33. Finding good cause, the Court now grants Floyd's request for an extension of time. Defendants' reply is due September 26, 2025. The motion hearing remains on calendar for October 24, 2025, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: September 19, 2025

_____
Alex G. Tse
United States Magistrate Judge